No. 371, Misc. McNees v. Bannan, Warden;
No. 373, Misc. Austin v. Eidson, Warden;
No. 385, Misc. Ex parte Howell; and
No. 386, Misc. Marshall v. United States. Motions for leave to file petitions for writs of habeas corpus denied.

No. 379, Misc. Pacheco v. Texas;
No. 392, Misc. Ex parte Fleischman; and
No. 432, Misc. In re Van Pelt. Motions for leave to file petitions for writs of mandamus denied.

No. 16. Silesian Holding Co. et al. v. Union Bank of Switzerland et al.; and
No. 17. Brownell, Attorney General, Successor to the Alien Property Custodian, v. Union Bank of Switzerland et al. On petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit. The motion to defer consideration of the petitions for certiorari until October 1, 1955, is granted. *Ralph D. Ray* filed the motion for the Silesian Holding Company. *Solicitor General Soboloff* for petitioner in No. 17, *William Gilligan* for the Silesian-American Corporation, *Charles E. Scribner* for the Bondholders Protective Committee, and *Lawrence J. McKay* for respondents, filed written consents to the granting of the motion. See also 348 U. S. 881.